Download

**NET PAY**
$1,775.75
| | |
|---|---|
| Check Number | D072904 |
| Batch | 3601 |
| Employee No | 4299 |
| SSN | XXX-XX-6345 |
| Pay Date | 08.31.2021 |
| Period Ending | 08.15.2021 |

## Scott Kietzer's Pay Stub
North Range Behavioral Health 1300 N. 17th Ave. Greeley, CO 80631 USA

| Earnings | Hours | Rate | Amount | YTD Amount |
|---|---|---|---|---|
| Other Pay | | | | |
| North Range Cares Stimulu | 0.00 | 0.00 | | 541.42 |
| Office Closure | 0.00 | 0.00 | | 165.71 |
| Week 1 | | | | |
| Paid Time Off | 16.00 | 0.00 | 384.56 | 3,166.22 |
| Regular | 0.00 | 576.84 | | 21,975.57 |
| Week 2 | | | | |
| Regular | 0.00 | 961.44 | | 0.00 |
| Total Earnings | | | 1,922.84 | 25,848.92 |

| Taxes | Filing | Extra Tax | Amount | YTD Amount |
|---|---|---|---|---|
| CO Income Tax | | | 0.00 | 964.00 |
| Federal Income Tax | H-99 | | 0.00 | 426.84 |
| Federal Medicare | | | 27.88 | 374.81 |
| Federal Social Security | | | 119.21 | 1,602.63 |
| Total Taxes | | | 147.09 | 3,368.28 |

| Direct Deposits | | Amount |
|---|---|---|
| Deposit to checking *************8422 | Wells Fargo Bank NA | 1,775.75 |
| Total Deposit | | 1,775.75 |

| Retirement Details | Amount | YTD Amount |
|---|---|---|

*Note: North Range Behavioral Health contributed $38.46 this payroll to your retirement plan for a year-to-date employer contribution of $305.67.*

| | | |
|---|---|---|
| Employee Contribution | 0.00 | 0.00 |
| Employer Contribution | 38.46 | 305.67 |
| Total Contribution | 38.46 | 305.67 |

https://ess.datis.com/e3/Mye3/Dashboard.aspx    11/4/2021

Download

**NET PAY**
$1,775.74
Check Number   D073401
Batch          3613
Employee No    4299
SSN            XXX-XX-6345
Pay Date       09.15.2021
Period Ending  08.31.2021

## Scott Kietzer's Pay Stub
North Range Behavioral Health 1300 N. 17th Ave. Greeley, CO 80631 USA

| Earnings | Hours | Rate | Amount | YTD Amount |
|---|---|---|---|---|
| Other Pay | | | | |
| North Range Cares Stimulu | | 0.00 | 0.00 | 541.42 |
| Office Closure | | 0.00 | 0.00 | 165.71 |
| Week 1 | | | | |
| Regular | | 0.00 | 801.20 | 0.00 |
| Week 2 | | | | |
| Paid Time Off | 8.00 | 0.00 | 160.24 | 3,326.46 |
| Regular | | 0.00 | 640.94 | 0.00 |
| Week 3 | | | | |
| Regular | | 0.00 | 320.46 | 23,738.17 |
| Total Earnings | | | 1,922.84 | 27,771.76 |

| Taxes | Filing | Extra Tax | Amount | YTD Amount |
|---|---|---|---|---|
| CO Income Tax | | | 0.00 | 964.00 |
| Federal Income Tax | H-99 | | 0.00 | 426.84 |
| Federal Medicare | | | 27.88 | 402.69 |
| Federal Social Security | | | 119.22 | 1,721.85 |
| Total Taxes | | | 147.10 | 3,515.38 |

| Direct Deposits | | Amount |
|---|---|---|
| Deposit to checking *************8422 | Wells Fargo Bank NA | 1,775.74 |
| Total Deposit | | 1,775.74 |

| Retirement Details | Amount | YTD Amount |
|---|---|---|

*Note: North Range Behavioral Health contributed $38.46 this payroll to your retirement plan for a year-to-date employer contribution of $344.13.*

| | | |
|---|---|---|
| Employee Contribution | 0.00 | 0.00 |
| Employer Contribution | 38.46 | 344.13 |
| Total Contribution | 38.46 | 344.13 |

https://ess.datis.com/e3/Mye3/Dashboard.aspx                    11/4/2021

Download

**NET PAY**
$1,775.74
| | |
|---|---|
| Check Number | D073883 |
| Batch | 3624 |
| Employee No | 4299 |
| SSN | XXX-XX-6345 |
| Pay Date | 09.30.2021 |
| Period Ending | 09.15.2021 |

## Scott Kietzer's Pay Stub
North Range Behavioral Health 1300 N. 17th Ave. Greeley, CO 80631 USA

| Earnings | Hours | Rate | Amount | YTD Amount |
|---|---|---|---|---|
| Other Pay | | | | |
| North Range Cares Stimulu | | 0.00 | 0.00 | 541.42 |
| Office Closure | | 0.00 | 0.00 | 165.71 |
| Week 1 | | | | |
| Regular | | 0.00 | 524.40 | 25,486.21 |
| Week 2 | | | | |
| Paid Time Off | 8.00 | 0.00 | 174.80 | 3,501.26 |
| Regular | | 0.00 | 699.21 | 0.00 |
| Week 3 | | | | |
| Regular | | 0.00 | 524.43 | 0.00 |
| Total Earnings | | | 1,922.84 | 29,694.60 |

| Taxes | Filing | Extra Tax | Amount | YTD Amount |
|---|---|---|---|---|
| CO Income Tax | | | 0.00 | 964.00 |
| Federal Income Tax | H-99 | | 0.00 | 426.84 |
| Federal Medicare | | | 27.88 | 430.57 |
| Federal Social Security | | | 119.22 | 1,841.07 |
| Total Taxes | | | 147.10 | 3,662.48 |

| Direct Deposits | Amount |
|---|---|
| Deposit to checking *************8422 Wells Fargo Bank NA | 1,775.74 |
| Total Deposit | 1,775.74 |

| Retirement Details | Amount | YTD Amount |
|---|---|---|

*Note: North Range Behavioral Health contributed $38.46 this payroll to your retirement plan for a year-to-date employer contribution of $382.59.*

| | | |
|---|---|---|
| Employee Contribution | 0.00 | 0.00 |
| Employer Contribution | 38.46 | 382.59 |
| Total Contribution | 38.46 | 382.59 |

Download

**NET PAY**
$1,775.75
Check Number   D074385
Batch          3638
Employee No    4299
SSN            XXX-XX-6345
Pay Date       10.15.2021
Period Ending  09.30.2021

## Scott Kietzer's Pay Stub
North Range Behavioral Health 1300 N. 17th Ave. Greeley, CO 80631 USA

| Earnings | Hours | Rate | Amount | YTD Amount |
|---|---|---|---|---|
| Other Pay | | | | |
| North Range Cares Stimulu | | 0.00 | 0.00 | 541.42 |
| Office Closure | | 0.00 | 0.00 | 165.71 |
| Week 1 | | | | |
| Regular | | 0.00 | 349.60 | 27,146.84 |
| Week 2 | | | | |
| Paid Time Off | 8.00 | 0.00 | 174.80 | 0.00 |
| Regular | | 0.00 | 699.20 | 0.00 |
| Week 3 | | | | |
| Paid Time Off | 4.00 | 0.00 | 87.41 | 3,763.47 |
| Regular | | 0.00 | 611.83 | 0.00 |
| Total Earnings | | | 1,922.84 | 31,617.44 |

| Taxes | Filing | Extra | Tax Amount | YTD Amount |
|---|---|---|---|---|
| CO Income Tax | | | 0.00 | 964.00 |
| Federal Income Tax | H-99 | | 0.00 | 426.84 |
| Federal Medicare | | | 27.88 | 458.45 |
| Federal Social Security | | | 119.21 | 1,960.28 |
| Total Taxes | | | 147.09 | 3,809.57 |

| Direct Deposits | | Amount |
|---|---|---|
| Deposit to checking ************8422 | Wells Fargo Bank NA | 1,775.75 |
| Total Deposit | | 1,775.75 |

| Retirement Details | Amount | YTD Amount |
|---|---|---|

*Note: North Range Behavioral Health contributed $38.46 this payroll to your retirement plan for a year-to-date employer contribution of $421.05.*

| | | |
|---|---|---|
| Employee Contribution | 0.00 | 0.00 |
| Employer Contribution | 38.46 | 421.05 |
| Total Contribution | 38.46 | 421.05 |

https://ess.datis.com/e3/Mye3/Dashboard.aspx                          11/4/2021

Download

**NET PAY**
**$1,775.74**

| | |
|---|---|
| Check Number | D074704 |
| Batch | 3650 |
| Employee No | 4299 |
| SSN | XXX-XX-6345 |
| Pay Date | 10.29.2021 |
| Period Ending | 10.15.2021 |

## Scott Kietzer's Pay Stub
North Range Behavioral Health 1300 N. 17th Ave. Greeley, CO 80631 USA

| Earnings | Hours | Rate | Amount | YTD Amount |
|---|---|---|---|---|
| Other Pay | | | | |
| North Range Cares Stimulu | 0.00 | 0.00 | | 541.42 |
| Office Closure | 0.00 | 0.00 | | 165.71 |
| Paid Time Off | 0.00 | 0.00 | | 3,763.47 |
| Week 1 | | | | |
| Regular | 0.00 | 174.80 | | 29,069.68 |
| Week 2 | | | | |
| Regular | 0.00 | 874.00 | | 0.00 |
| Week 3 | | | | |
| Regular | 0.00 | 874.04 | | 0.00 |
| Total Earnings | | | 1,922.84 | 33,540.28 |

| Taxes | Filing | Extra Tax | Amount | YTD Amount |
|---|---|---|---|---|
| CO Income Tax | | | 0.00 | 964.00 |
| Federal Income Tax | H-99 | | 0.00 | 426.84 |
| Federal Medicare | | | 27.88 | 486.33 |
| Federal Social Security | | | 119.22 | 2,079.50 |
| Total Taxes | | | 147.10 | 3,956.67 |

| Direct Deposits | | Amount |
|---|---|---|
| Deposit to checking *************8422 | Wells Fargo Bank NA | 1,775.74 |
| Total Deposit | | 1,775.74 |

| Retirement Details | Amount | YTD Amount |
|---|---|---|

*Note: North Range Behavioral Health contributed $38.46 this payroll to your retirement plan for a year-to-date employer contribution of $459.51.*

| | | |
|---|---|---|
| Employee Contribution | 0.00 | 0.00 |
| Employer Contribution | 38.46 | 459.51 |
| Total Contribution | 38.46 | 459.51 |